IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| RON BALOGUN, | ) | |
| | ) | |
| Plaintiff, | ) | No. 1:05-CV-1790-LJM-WTL |
| | ) | |
| v. | ) | **07CV6331** |
| | ) | **JUDGE KOCORAS** |
| MIDLAND CREDIT MANAGEMENT, | ) | **MAG.JUDGE SCHENKIER** |
| INC.; MIDLAND FUNDING NCC-2 | ) | |
| CORPORATION; and ENCORE | ) | |
| CAPITAL GROUP, INC., formerly | ) | **FILED** |
| MCM CAPITAL GROUP, INC., | ) | |
| | ) | NOV 0 8 2007 |
| Defendants. | ) | nov 08 200 7 |

**MICHAEL W. DOBBINS
CLERK. U.S. DISTRICT COURT**

<u>ORDER</u>

This cause has come before this Court and being fully apprised of the premises,

IT IS HEREBY ORDERED that Plaintiff's Unopposed Motion to Transfer Venue

Pursuant to 28 U.S.C. §1404(a) is **GRANTED**.

**ENTER:** 10/23/2007

LARRY J. McKINNEY, CHIEF JUDGE
United States District Court
Southern District of Indiana

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Cassandra P. Miller
EDELMAN, COMBS , LATTURNER & GOODWIN, LLC
120 S. LaSalle Street, 18th Floor
Chicago, IL 60603
(312) 739-4200
(312) 419-0379 (FAX)



CLOSED, CMP

## U.S. District Court
## Southern District of Indiana (Indianapolis)
## CIVIL DOCKET FOR CASE #: 1:05-cv-01790-LJM-WTL
### Internal Use Only

| | |
|---|---|
| BALOGUN v. MIDLAND CREDIT MANAGEMENT, INC. et al | Date Filed: 11/29/2005 |
| Assigned to: Judge Larry J. McKinney | Date Terminated: 10/23/2007 |
| Referred to: Magistrate Judge William T. Lawrence | Jury Demand: Plaintiff |
| Cause: 15:1692 Fair Debt Collection Act | Nature of Suit: 890 Other Statutory Actions |
| | Jurisdiction: Federal Question |

**Plaintiff**

**RON BALOGUN**  represented by  **Cassandra P. Miller**
EDELMAN COMBS LATTURNER
GOODWIN
120 South LaSalle Street
Suite 1800
Chicago, IL 60603
312-912-4511
Fax: 312-419-0379
Email: cmiller@edcombs.com
*ATTORNEY TO BE NOTICED*



07CV6331
JUDGE KOCORAS
MAG.JUDGE SCHENKIER

**FILED**

NOV 0 8 2007  ⌐Q

**MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT**



**Cathleen Maria Combs**
EDLEMAN COMBS LATTURNER &
GOODWIN LLC
120 South Lasalle Street
18th Floor
Chicago, IL 60603
(312) 739-4200
Fax: (312) 419-0379
Email: ccombs@edcombs.com
*ATTORNEY TO BE NOTICED*

**Daniel A. Edelman**
EDELMAN COMBS LATTURNER &
GOODWIN LLC
120 S Lasalle Street
Suite 1800
Chicago, IL 60603
(312)739-4200
Fax: (312)419-0379
Email: dedelman@edcombs.com
*ATTORNEY TO BE NOTICED*

Michelle R. Teggelaar
EDELMAN COMBS & LATTURNER
120 South LaSalle Street
Suite 1800
Chicago, IL 60603
(312) 739-4200
Fax: (312) 419-0379
Email: mteggelaar@edcombs.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**MIDLAND CREDIT
MANAGEMENT, INC.**

represented by **James W. McConkey**
DYKEMA GOSSETT PLLC
10 South Wacker Drive
Suite 2300
Chicago, IL 60606
(312) 876-1700
Fax: (312) 627-2302
Email: jmcconkey@dykema.com
*Pro Hac Vice*
*ATTORNEY TO BE NOTICED*

**Renee L. Zipprich**
DYKEMA GOSSETT PLLC
10 South Wacker Drive
Suite 2300
Chicago, IL 60606
(312) 876-1700
Fax: (312) 627-2302
Email: rzipprich@dykema.com
*Pro Hac Vice*
*ATTORNEY TO BE NOTICED*

**Richard E. Gottlieb**
DYKEMA GOSSETT PPLC
10 South Wacker Drive
Suite 2300
Chicago, IL 60606
(312) 876-1700
Fax: (312) 627-2302
Email: rgottlieb@dykema.com
*Pro Hac Vice*
*ATTORNEY TO BE NOTICED*

**Defendant**

**MIDLAND FUNDING NCC-2
CORPORATION**

represented by **James W. McConkey**
(See above for address)
*Pro Hac Vice*

*ATTORNEY TO BE NOTICED*

**Renee L. Zipprich**
(See above for address)
*Pro Hac Vice*
*ATTORNEY TO BE NOTICED*

**Richard E. Gottlieb**
(See above for address)
*Pro Hac Vice*
*ATTORNEY TO BE NOTICED*

**Defendant**

**ENCORE CAPITAL GROUP, INC.**
*formerly known as*
MCM CAPITAL GROUP, INC.

represented by **James W. McConkey**
(See above for address)
*Pro Hac Vice*
*ATTORNEY TO BE NOTICED*

**Renee L. Zipprich**
(See above for address)
*Pro Hac Vice*
*ATTORNEY TO BE NOTICED*

**Richard E. Gottlieb**
(See above for address)
*Pro Hac Vice*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/29/2005 | 1 | COMPLAINT against MIDLAND CREDIT MANAGEMENT, INC., MIDLAND FUNDING NCC-2 CORPORATION, and ENCORE CAPITAL GROUP, INC. with Jury Demand, filed by RON BALOGUN. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D) (DH, ) (Entered: 11/30/2005) |
| 11/29/2005 | 2 | CIVIL COVER SHEET filed by Plaintiff, RON BALOGUN. (DMW, ) (Entered: 12/01/2005) |
| 11/29/2005 | 3 | MAGISTRATE JUDGE's NOTICE of Availability to Exercise Jurisdiction issued (DMW, ) (Entered: 12/01/2005) |
| 11/29/2005 | 4 | RECEIPT #102 7436 in the amount of $ 250.00 for the filing fee (DMW, ) (Entered: 12/01/2005) |
| 11/29/2005 | 5 | NOTICE of Appearance filed by Cathleen Maria Combs on behalf of Plaintiff, RON BALOGUN (DMW, ) (Entered: 12/01/2005) |
| 11/29/2005 | 6 | NOTICE of Appearance filed by Daniel A. Edelman on behalf of Plaintiff, RON BALOGUN (DMW, ) (Entered: 12/01/2005) |
|  |  |  |

| 11/29/2005 | 7 | NOTICE of Appearance filed by Derek Bryant Rieman on behalf of Plaintiff, RON BALOGUN (DMW, ) (Entered: 12/01/2005) |
|---|---|---|
| 11/29/2005 | 8 | Summons Issued as to Defendants, MIDLAND CREDIT MANAGEMENT, INC., MIDLAND FUNDING NCC-2 CORPORATION and ENCORE CAPITAL GROUP, INC.. (DMW, ) (Entered: 12/01/2005) |
| 12/19/2005 | 9 | RETURN of Service by RON BALOGUN. ENCORE CAPITAL GROUP, INC. served on 12/12/2005. (Attachments: # 1 Certificate of Service)(Rieman, Derek) (Entered: 12/19/2005) |
| 12/29/2005 | 10 | MOTION to Appear pro hac vice by Zipprich, Gottlieb, and McConkey on behalf of MIDLAND CREDIT MANAGEMENT, INC., MIDLAND FUNDING NCC-2 CORPORATION, ENCORE CAPITAL GROUP, INC. (Attachments: # 1 Text of Proposed Order)(PG, ) (Entered: 12/30/2005) |
| 12/29/2005 | 11 | RECEIPT #104 3822 in the amount of $ 90.00 for phv fees Gottlieb, McConkey, and Zipprich (PG, ) (Entered: 12/30/2005) |
| 12/29/2005 | 12 | NOTICE of Initial Extension of Time by Defendants, MIDLAND CREDIT MANAGEMENT, INC., MIDLAND FUNDING NCC-2 CORPORATION, ENCORE CAPITAL GROUP, INC. (PG, ) (Entered: 12/30/2005) |
| 12/29/2005 | 14 | NOTICE of Appearance by Renee L. Zipprich on behalf of Defendants, MIDLAND CREDIT MANAGEMENT, INC., MIDLAND FUNDING NCC-2 CORPORATION, ENCORE CAPITAL GROUP, INC. (PG, ) (Entered: 01/04/2006) |
| 12/29/2005 | 15 | NOTICE of Appearance by Richard E. Gottlieb on behalf of Defendants, MIDLAND CREDIT MANAGEMENT, INC., MIDLAND FUNDING NCC-2 CORPORATION, ENCORE CAPITAL GROUP, INC. (PG, ) (Entered: 01/04/2006) |
| 12/29/2005 | 16 | NOTICE of Appearance by James W. McConkey on behalf of Defendants, MIDLAND CREDIT MANAGEMENT, INC., MIDLAND FUNDING NCC-2 CORPORATION, ENCORE CAPITAL GROUP, INC. (PG, ) (Entered: 01/04/2006) |
| 01/04/2006 | 13 | ORDER granting 10 Motion to Appear pro hac vice. Attorney Richard E. Gottlieb, James W. McConkey, and Renee L. Zipprich, for MIDLAND CREDIT MANAGEMENT, INC. and MIDLAND FUNDING NCC-2 CORPORATION added . Signed by Judge William T. Lawrence on 01/04/2006. c/m WTL (TMA, ) (Entered: 01/04/2006) |
| 01/05/2006 | 17 | RETURN of Service by RON BALOGUN. MIDLAND FUNDING NCC-2 CORPORATION served on 12/13/2005. (Attachments: # 1 Certificate of Service)(Rieman, Derek) (Entered: 01/05/2006) |
| 01/13/2006 | 18 | SCHEDULING ORDER: Initial Pretrial Conference set for 2/27/2006 10:30 AM in room #277 before Magistrate Judge William T. Lawrence. Signed by Judge William T. Lawrence on 01/13/2006. (TMA, ) (Entered: |

| | | 01/13/2006) |
|---|---|---|
| 01/18/2006 | 🔴19 | ANSWER to Complaint by MIDLAND CREDIT MANAGEMENT, INC., MIDLAND FUNDING NCC-2 CORPORATION, ENCORE CAPITAL GROUP, INC..(Zipprich, Renee) (Entered: 01/18/2006) |
| 02/15/2006 | 🔴20 | CASE MANAGEMENT PLAN TENDERED by RON BALOGUN. (Attachments: # 1 Magistrate Judge's Summary# 2 certificate of service) (Rieman, Derek) (Entered: 02/15/2006) |
| 02/21/2006 | 🔴21 | MOTION for Leave to File *Amended Answer Instanter* by MIDLAND CREDIT MANAGEMENT, INC., MIDLAND FUNDING NCC-2 CORPORATION, ENCORE CAPITAL GROUP, INC.. (Attachments: # 1 Exhibit A)(Gottlieb, Richard) (Entered: 02/21/2006) |
| 02/22/2006 | 🔴22 | *Submission of Proposed Order Granting Motion for Leave to File Amended Answer Instanter by MIDLAND CREDIT MANAGEMENT, INC., MIDLAND FUNDING NCC-2 CORPORATION, ENCORE CAPITAL GROUP, INC.. (Gottlieb, Richard) (Entered: 02/22/2006)* |
| 02/23/2006 | 🔴23 | ORDER granting 21 Motion for Leave to File Amended Answer Instanter. Signed by Judge Larry J. McKinney on 2/23/06. (PG, ) (Entered: 02/23/2006) |
| 02/23/2006 | 🔴24 | AMENDED ANSWER to 1 Complaint by Defendants, MIDLAND CREDIT MANAGEMENT, INC., MIDLAND FUNDING NCC-2 CORPORATION, ENCORE CAPITAL GROUP, INC. (PG, ) (Entered: 02/23/2006) |
| 02/27/2006 | 🔴25 | ENTRY - Parties appear by counsel for initial pretrial conference. Conference held and concluded without further order. SCHEDULING ORDER: Status Conference set for 5/12/2006 09:30 AM in room #277 before Magistrate Judge William T. Lawrence. Signed by Judge William T. Lawrence on 02/27/2006. (TMA, ) (Entered: 02/27/2006) |
| 02/27/2006 | 🔴26 | ORDER: CASE MANAGEMENT PLAN APPROVED AS SUBMITTED. SCHEDULING ORDER: Dispositive Motions due by 10/29/2006. Signed by Judge William T. Lawrence on 02/27/2006. (TMA, ) (Entered: 02/27/2006) |
| 02/27/2006 | 🔴27 | PRETRIAL MEMORANDUM by RON BALOGUN. (Attachments: # 1 certificate of service)(Rieman, Derek) (Entered: 02/27/2006) |
| 02/27/2006 | 🔴28 | MOTION to Certify Class by RON BALOGUN. (Attachments: # 1 Exhibit A-C# 2 Exhibit D-F# 3 Text of Proposed Order)(Rieman, Derek) (Entered: 02/27/2006) |
| 02/28/2006 | 🔴29 | SCHEDULING ORDER: Final Pretrial Conference set for 5/11/07 at 2:00 PM in room #204 and Jury Trial set for 5/29/07 at 9:30 AM in courtroom #202 before Judge Larry J. McKinney. Signed by Judge Larry J. McKinney on 02/28/06. (GJQ) (Entered: 02/28/2006) |
| 03/03/2006 | 🔴30 | MOTION for Extension of Time to 5/19/06 to file response to 28 MOTION to Certify Class *(UNOPPOSED)* by MIDLAND CREDIT |

| | | MANAGEMENT, INC., MIDLAND FUNDING NCC-2 CORPORATION, ENCORE CAPITAL GROUP, INC.. (Attachments: # 1 Text of Proposed Order Granting Defendants' Unopposed Motion for Extension of Time to Respond to Plaintiff's Motion for Class Certification)(Gottlieb, Richard) (Entered: 03/03/2006) |
|---|---|---|
| 03/09/2006 | ◑31 | ORDER granting 30 MOTION for Extension of Time to 5/19/06 to file response to 28 MOTION to Certify Class *(UNOPPOSED)* . Signed by Judge Larry J. McKinney on 3/9/06. (PG, ) (Entered: 03/09/2006) |
| 04/28/2006 | ◑32 | Joint MOTION for Extension of Time to June 13, 2006 for Plaintiff and July 13, 2006 for Defendant *To Disclose Preliminary Witness and Exhibit Lists* by RON BALOGUN. (Attachments: # 1 Text of Proposed Order)(Rieman, Derek) (Entered: 04/28/2006) |
| 05/01/2006 | ◑33 | ORDER granting 32 Motion for Extension of Time to Disclose Preliminary Witness and Exhibit Lists . Signed by Judge Larry J. McKinney on 5/1/06. (PG, ) (Entered: 05/01/2006) |
| 05/15/2006 | ◑34 | ENTRY - Parties appear by counsel for status conference on Friday, May 12, 2006. Conference held and concluded without further order. SCHEDULING ORDER: Status Conference set for 7/12/2006 11:00 AM in room #277 before Magistrate Judge William T. Lawrence. Signed by Judge William T. Lawrence on 05/15/2006. (TMA, ) (Entered: 05/15/2006) |
| 06/08/2006 | | **(Court only)** ***Motions Submitted 3 : 28 MOTION to Certify Class (KJM ) (Entered: 06/08/2006) |
| 07/11/2006 | ◑35 | SCHEDULING ORDER: Status Conference set for 7/12/2006 is VACATED AND RESCHEDULED for 8/11/2006 10:00 AM in room #277 before Magistrate Judge William T. Lawrence. Signed by Judge William T. Lawrence on 07/11/2006. (TMA, ) (Entered: 07/11/2006) |
| 07/20/2006 | ◑36 | ORDER granting 28 Motion to Certify Class. The parties shall submit the names of the individuals included in the class and the parties' agreed notice on or before Wednesday, September 20, 2006. Signed by Judge Larry J. McKinney on 7/20/06. (PG, ) ***WITHDRAWN PURSUANT TO COURT ORDER 37*** (Entered: 07/20/2006) |
| 07/20/2006 | ◑37 | ORDER WITHDRAWING the Court's 36 Order on Motion to Certify Class, dated July 20, 2006. All Case Management Plan deadlines, as well as any responses due for any outstanding motions, are hereby STAYED until further order of the Court . Signed by Judge Larry J. McKinney on 7/20/06. (PG, ) (Entered: 07/20/2006) |
| 07/21/2006 | | **(Court only)** ***Reopen Document 28 MOTION to Certify Class (PG, ) (Entered: 07/21/2006) |
| 08/11/2006 | ◑38 | ENTRY for 8/11/2006 and SCHEDULING ORDER: Parties appear by counsel for status conference. Conference held and concluded without further order. Status Conference set for 10/11/2006 at 10:00 AM in room #277 before Magistrate Judge William T. Lawrence (see Entry).(LSC, ) |

Case 1:07-cv-06331   Document 66   Filed 11/08/2007   Page 8 of 10

| | | |
|---|---|---|
| | | (Entered: 08/11/2006) |
| 10/11/2006 | ⚫39 | ENTRY - Parties appear by counsel for status conference. Conference held andconcluded without further order. SCHEDULING ORDER: Status Conference set for 12/13/2006 11:00 AM in room #277 before Magistrate Judge William T. Lawrence. Signed by Judge William T. Lawrence on 10/11/2006. (TMA) (Entered: 10/12/2006) |
| 12/14/2006 | ⚫40 | ENTRY - Parties appear by counsel for status conference on 12/13/06. Conference held and concluded without further order. SCHEDULING ORDER: Telephonic Status Conference set for 2/7/2007 09:00 AM before Magistrate Judge William T. Lawrence. Signed by Judge William T. Lawrence on 12/14/2006. (TMA) (Entered: 12/14/2006) |
| 02/07/2007 | ⚫41 | Minute Entry for proceedings held before Judge William T. Lawrence : Status Conference held on 2/7/2007. Telephonic Status Conference set for 3/14/2007 03:00 PM before Magistrate Judge William T. Lawrence. (TMA) (Entered: 02/07/2007) |
| 03/06/2007 | ⚫42 | CASE MANAGEMENT PLAN TENDERED, filed by Plaintiff RON BALOGUN. (Attachments: # 1 Magistrate Judge CMP)(Edelman, Daniel) (Entered: 03/06/2007) |
| 03/07/2007 | ⚫43 | MOTION to Withdraw *appearance of Derek B. Rieman*, filed by Plaintiff RON BALOGUN. (Attachments: # 1 Text of Proposed Order)(Edelman, Daniel) (Entered: 03/07/2007) |
| 03/07/2007 | ⚫44 | NOTICE of Appearance by Michelle R. Teggelaar on behalf of Plaintiff RON BALOGUN. (Teggelaar, Michelle) (Entered: 03/07/2007) |
| 03/08/2007 | ⚫45 | ORDER granting 43 MOTION to Withdraw *appearance of Derek B. Rieman*. Signed by Judge Larry J. McKinney on 3/8/07. (PG) (Entered: 03/08/2007) |
| 03/08/2007 | ⚫ | **(Court only)** *** Attorney Derek Bryant Rieman terminated. (PG) (Entered: 03/08/2007) |
| 03/15/2007 | ⚫46 | Minute Entry for proceedings held before Judge William T. Lawrence : Parties appear by counsel for status conference on Wednesday, March 14, 2007. Conference held and concluded without further order. Defendant shall respond to Plaintiff's Motion for Class Certification within thirty (30) days. (TMA) (Entered: 03/15/2007) |
| 03/16/2007 | ⚫47 | ORDER: CASE MANAGEMENT PLAN APPROVED AS SUBMITTED. SCHEDULING ORDER: Dispositive Motions due by 2/14/2008. Signed by Judge William T. Lawrence on 03/16/2007. (TMA) (Entered: 03/16/2007) |
| 03/29/2007 | ⚫48 | SCHEDULING ORDER: Final Pretrial Conference set for 9/5/08 at 2:00 PM in room #204 and Jury Trial set for 9/22/08 at 9:30 AM in courtroom #202, both before Judge Larry J. McKinney. Signed by Judge Larry J. McKinney on 03/29/07. (GJQ) (Entered: 03/29/2007) |
| 04/06/2007 | ⚫49 | MOTION for Extension of Time to May 21, 2007 to file response to 28 |

| | | |
|---|---|---|
| | | MOTION to Certify Class *(AGREED)*, filed by Defendants MIDLAND CREDIT MANAGEMENT, INC., MIDLAND FUNDING NCC-2 CORPORATION, ENCORE CAPITAL GROUP, INC.. (Attachments: # 1 Text of Proposed Order)(Zipprich, Renee) (Entered: 04/06/2007) |
| 04/09/2007 | ● | **(Court only) ***Deadlines terminated. (GJQ) (Entered: 04/09/2007)** |
| 04/09/2007 | ●50 | ORDER granting 49 Motion for Extension of Time to File Response re 28 MOTION to Certify Class. Response due by 5/21/2007. Signed by Judge Larry J. McKinney on 4/9/07. (PG) (Entered: 04/09/2007) |
| 05/04/2007 | ●51 | NOTICE of Appearance by Cassandra P. Miller on behalf of Plaintiff RON BALOGUN. (Miller, Cassandra) (Entered: 05/04/2007) |
| 05/15/2007 | ●52 | MOTION for Extension of Time to June 18, 2007, to file response to 28 MOTION to Certify Class *(AGREED)*, filed by Defendants MIDLAND CREDIT MANAGEMENT, INC., MIDLAND FUNDING NCC-2 CORPORATION, ENCORE CAPITAL GROUP, INC.. (Attachments: # 1 Text of Proposed Order)(Zipprich, Renee) (Entered: 05/15/2007) |
| 05/16/2007 | ●53 | Submission *of Proposed Order re Agreed Motion for Extension of Time to Respond to Plaintiff's Motion for Class Certification [DE 52]*, filed by Defendants MIDLAND CREDIT MANAGEMENT, INC., MIDLAND FUNDING NCC-2 CORPORATION, ENCORE CAPITAL GROUP, INC.. (Zipprich, Renee) (Entered: 05/16/2007) |
| 05/16/2007 | ●54 | ORDER granting 52 Motion for Extension of Time to File Response to 28 MOTION to Certify Class. Response due by 6/18/2007. Signed by Judge Larry J. McKinney on 5/16/07. (PG) (Entered: 05/16/2007) |
| 06/18/2007 | ●55 | RESPONSE in Opposition re 28 MOTION to Certify Class, filed by Defendants MIDLAND CREDIT MANAGEMENT, INC., MIDLAND FUNDING NCC-2 CORPORATION, ENCORE CAPITAL GROUP, INC.. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E# 6 Exhibit F# 7 Exhibit G# 8 Exhibit H# 9 Exhibit I# 10 Exhibit J# 11 Exhibit K# 12 Exhibit L)(Zipprich, Renee) (Entered: 06/18/2007) |
| 06/20/2007 | ●56 | Unopposed MOTION for Extension of Time to 7/9/2007 to file reply to 28 MOTION to Certify Class, filed by Plaintiff RON BALOGUN. (Attachments: # 1 Text of Proposed Order)(Miller, Cassandra) (Entered: 06/20/2007) |
| 06/21/2007 | ●57 | ORDER granting 56 Motion for Extension of Time to File Reply re 28 MOTION to Certify Class. Reply due by 7/9/2007. Signed by Judge Larry J. McKinney on 6/21/07. (PG) (Entered: 06/22/2007) |
| 07/09/2007 | ●58 | REPLY in Support of Motion re 28 MOTION to Certify Class, filed by Plaintiff RON BALOGUN. (Attachments: # 1 Exhibit Exhibit A) (Edelman, Daniel) (Entered: 07/09/2007) |
| 08/09/2007 | ●59 | Exhibit List, filed by Plaintiff RON BALOGUN, Witness List, filed by Plaintiff RON BALOGUN. (Miller, Cassandra) (Entered: 08/09/2007) |
| | | |

| 09/14/2007 | 🌑60 | Exhibit List, filed by Defendants MIDLAND CREDIT MANAGEMENT, INC., MIDLAND FUNDING NCC-2 CORPORATION, ENCORE CAPITAL GROUP, INC., Witness List, filed by Defendants MIDLAND CREDIT MANAGEMENT, INC., MIDLAND FUNDING NCC-2 CORPORATION, ENCORE CAPITAL GROUP, INC.. (Gottlieb, Richard) (Entered: 09/14/2007) |
|---|---|---|
| 10/05/2007 | 🌑61 | ORDER granting Plaintiff's 28 Motion to Certify Class. The Court APPOINTS the firm Edleman, Combs, Latturner, & Goodwin, LLC, as Counsel for the Class. The Court directs the Clerk of the Court to LIFT the STAY in this matter until further order of the Court. (See Order). Signed by Judge Larry J. McKinney on 10/5/07. (MAC) (Entered: 10/05/2007) |
| 10/22/2007 | 🌑62 | Unopposed MOTION to Transfer Case *Pursuant to 28 U.S.C. § 1404(a)*, filed by Plaintiff RON BALOGUN., (Attachments: # 1 Text of Proposed Order)(Miller, Cassandra) (Entered: 10/22/2007) |
| 10/22/2007 | 🌑63 | BRIEF/MEMORANDUM in Support re 62 Unopposed MOTION to Transfer Case *Pursuant to 28 U.S.C. § 1404(a)*, filed by Plaintiff RON BALOGUN. (Miller, Cassandra) (Entered: 10/22/2007) |
| 10/23/2007 | 🌑64 | CLOSED TRANSFER to Northern District of Illinois. Signed by Judge Larry J. McKinney on 10/23/07. (PG) (Entered: 10/24/2007) |

Case #:1:05-cv-01790-LJM-WTL