# EXHIBIT A



**MIDLAND CREDIT MANAGEMENT, INC.**
P.O. Box 939019
San Diego, CA 92193-9019

ADDRESS SERVICE REQUESTED

03-04-2005

#BWNHLTII
#0000 0850 9504 6059#
RON T BALOGUN
7973 BRANCH CREEK DR
INDIANAPOLIS, IN 46268-3676

## Settlement Opportunity

| | |
|---|---|
| Contact Information: | Tel (800) 282-2644 |
| | Fax (800) 306-4443 |
| Hours of Operation: | M-Th 6am - 7pm PST |
| | Fri 6am - 5pm |
| | Sat 6am - Noon |
| Current Owner: | Midland Funding NCC-2 Corp |
| Original Owner: | CHASE MANHATTAN 1 |
| Original Account No.: | 4305871480069903 |
| MCM Account No: | 8509504605 |
| Current Balance: | $8,756.62 |
| Payment Due Date: | 04-03-2005 |

Dear RON T BALOGUN,

Midland Credit Management, Inc., servicer of the above referenced account would like to offer you a **50% OFF** Settlement Opportunity.

**Pay $4,378.31 by 04-03-2005 and the Current Balance will be considered paid\* and we will STOP ALL COLLECTION ACTIVITY!**

Simply detach the Acceptance Certificate below and enclose it with your payment of $4,378.31 in the envelope provided.

**Please understand this is a communication from a debt collector. This is an attempt to collect a debt. Any information obtained will be used for that purpose.**

Sincerely,
J. Black
Executive Vice President

\* If your account is still within the federal reporting period, your credit report will reflect that it has been paid.