# EXHIBIT B

**These address labels are yours to keep.**


Ron Balogun
7973 Branch Creek Dr.
Indianapolis, IN 46268-3676


Ron Balogun
7973 Branch Creek Dr.
Indianapolis, IN 46268-3676


Ron Balogun
7973 Branch Creek Dr.
Indianapolis, IN 46268-3676

*You can have this credit card. It's guaranteed: Use it to earn new credit as you pay down your debt!*

#BWNGLJJ
#0008836074929364#  106  014
Ron Balogun
7973 Branch Creek Dr.
Indianapolis, IN  46268-3676

**Your Guaranteed Approval* Visa® card is waiting!**
**Use your new card to resolve your charged-off account!**

Reservation Number:  0008836074929364

June 15, 2005

RE: Your charged-off account (#4305871480069903) originated by CHASE MANHATTAN
MCM account #: 8509504605

Dear Ron Balogun,

Midland Credit Management, Inc. (MCM) would like to tell you about a great opportunity that Capital One® has for Midland Funding NCC-2 Corp customers whose charged-off accounts are serviced by MCM.⁺ MCM and Midland Funding NCC-2 Corp are not affiliated with Capital One. The terms and actual extension of credit are in the sole discretion of Capital One.

Capital One wants to offer you a way to pay off your debt. You don't have to pay it off all at once ... just use your new card to make smaller, easier monthly payments. You don't need to make a deposit to get the card ... and there's no annual fee.

**Here's how it all works...**
When you say "yes" to Capital One, the $8,656 you owe will be transferred to your new card. That way, you can pay back the debt in small monthly payments of only $35. And while you do, <u>you won't pay a penny of interest to Capital One on this debt</u>.

This card also lets you build a good payment record on this new obligation! Your Capital One Visa account will have an initial credit limit of $100. And, by making regular payments on this Capital One account, you can earn credit limit increases as frequently as every month, up to a maximum credit limit of $4,300* (you'll receive each credit limit increase no later than two billing periods after your payment is received).

**Want more good news? Here it is ...**
When you say "yes," we'll stop all recovery activities on this debt. After Capital One receives your first payment, MCM will let the credit bureaus know that your charged-off account has been paid. However, if Capital One does not receive a payment in the first three billing cycles, your new credit card account will be canceled and your charged-off debt will be returned to MCM for further collection activity.

**Accepting your new credit card is easy.**
First, be sure to read all of the details enclosed from Capital One about this new card. Then take a moment to complete and mail the form below in the postage-paid envelope provided. It only takes a minute, and remember ... you're guaranteed this card!*

Sincerely,

J. Black
President, Midland Credit Management, Inc.

P.S. This is the easy way to pay off this debt and build a good payment record on your new credit card at the same time!

-800 363 9793
Midland

> **Midland Credit Management, Inc. (MCM) notice:** This communication is from a debt collector, and it and others from us (MCM) are an attempt to collect a debt. Any information obtained will be used for that purpose. This debt is serviced by MCM and owed to Midland Funding NCC-2 Corp.
>
> PLEASE SEE THE BACK OF THIS LETTER FOR OTHER IMPORTANT DISCLOSURES BY MCM.

* PLEASE SEE THE ENCLOSED CAPITAL ONE TERMS AND CONDITIONS AND IMPORTANT DISCLOSURES FOR DETAILS ABOUT GUARANTEED APPROVAL AND THIS OFFER. YOU SHOULD RETAIN ALL OF THESE DOCUMENTS AND THIS LETTER FOR YOUR RECORDS

Your minimum monthly payment will be $35. However if your balance is less than $35, your minimum payment will equal your balance amount.

To accept by phone, please call **1-800-644-7979**. When you call, your charged-off account will be serviced by The Westmoreland Agency (an affiliate of Capital One) or an agency working on its behalf.

+ You may contact Midland Credit Management, Inc. at 1-800-363-9793 with questions about your debt between the hours of 9 a.m. and 9:30 p.m., Monday through Thursday; between 9 a.m. and 6 p.m., Friday; and between 9 a.m. and 1 p.m., Saturday (ET); or at 8875 Aero Drive, Suite 200, San Diego, CA 92123.

▼ Detach and return in the postage-paid envelope provided. ▼   014-00004·

### Acceptance Certificate

**VISA** — Yes, I want my Guaranteed* Visa® card!

**Check the box for the card that suits your style.**
*If you do not select a card, you will receive the Visa Classic design.*

11. ☐ Visa Classic    12. ☐ American Flag    13. ☐ Sun & Moon
14. ☐ Puppies         15. ☐ Eagle             16. ☐ Sunrise Beach

**OPTIONAL APPLICANT INFORMATION** *(Please print clearly in black or blue ink)*
†What is your total annual household income? *(See enclosed)*

1. ☐ $0-$25,000    2. ☐ $25,001-$50,000    3. ☐ $50,001+

☐ Yes  ☐ No    Do you have a checking account?

Reply before: July 22, 2005

0008836074929364    106    014

0008-014

**IMPORTANT APPLICANT INFORMATION**
SOCIAL SECURITY NUMBER (REQUIRED)

DATE OF BIRTH (REQUIRED)        HOME PHONE (REQUIRED)

CURRENT EMPLOYER               CURRENT BUSINESS PHONE

I have read and agree to the CAPITAL ONE IMPORTANT DISCLOSURES and Terms and Conditions, including the provision relating to Arbitration, as well as the enclosed Notice to Cosigner. You are authorized to check my credit and employment history. If this application is approved, I agree to receive Capital One's Privacy Notice later with other account information.

APPLICANT SIGNATURE *(required)*
_____  Date _____

See enclosed Capital One Important Disclosures for rate, fee and other cost information.



*Please correct name or address if necessary.*

Ron Balogun
7973 Branch Creek Dr.
Indianapolis, IN 46268-3676

9071

**Important Disclosure Information from Midland Credit Management, Inc.**

**The state of California requires that we disclose the following for California Residents:** As required by California law, you are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligations.

**The state of Massachusetts requires that we disclose the following for Massachusetts Residents:** The local Massachusetts office of MCM is located at 5230 Washington Street, West Roxbury, MA 02132 and the office hours are as follows: Monday – Thursday 10:00 a.m. – 3:00 p.m. EST. All correspondence should be sent to the address on the front of this letter.

**The state of North Carolina requires that we disclose the following for North Carolina Residents:** North Carolina Department of Insurance Permit #3285 and #3777.

**The state of Tennessee requires that we disclose the following for Tennessee Residents:** This collection agency is licensed by the Collection Service Board of the Department of Commerce and Insurance.

**The state of Colorado requires that we disclose the following for Colorado Residents:** FOR INFORMATION ABOUT THE COLORADO FAIR DEBT COLLECTION PRACTICES ACT, SEE WWW.AGO.STATE.CO.US/CAB.HTM.

**The city of New York requires that we disclose the following for New York City residents:** New York City Department of Consumer Affairs License Number 1140603.

**The state of Utah requires that we disclose the following for Utah Residents:** As required by Utah law, you are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligations.