# EXHIBIT C

**mcm** MIDLAND CREDIT MANAGEMENT, INC.
P.O. Box 939019
San Diego, CA 92193-9019

ADDRESS SERVICE REQUESTED

07-06-2005

#BWNHLTH
#0000 0850 9504 6059#
RON T BALOGUN
7973 BRANCH CREEK DR
INDIANAPOLIS, IN 46268-3676

| | |
|---|---|
| Contact Information: | Tel (800) 825-8131 |
| | Fax (800) 306-4443 |
| Hours of Operation: | M-Th 6am - 7pm; |
| | Fri-Sat 6am - 5pm PST |
| Current Owner: | Midland Funding NCC-2 Corp |
| Original Creditor: | CHASE MANHATTAN 1 |
| Original Account No: | 4305871480069903 |
| MCM Account No: | 8509504605 |
| Current Balance: | $8,995.66 |
| Payment Due Date: | 07-30-2005 |
| Letter Code: | 04264028 |

Dear RON T BALOGUN,

Congratulations on taking the first step to resolve this debt. This letter confirms our settlement arrangements on your existing account balance of **$8,995.66**. The settlement terms we have agreed to are as follows:

Total Settlement Amount:     $4,431.43
Initial Payment Amount:       $185.00
Monthly Payment Amount:    $185.00

Initial Payment Due Date: 07-30-2005
Monthly Due Date: **1st of each month**

This settlement arrangement is made in good faith and is contingent upon payment of the total settlement amount. After receiving your final payment we will consider the account PAID and the credit reporting agencies will be updated accordingly.*

Please return the bottom portion of this letter in the envelope provided, along with your check or money order for your initial payment. Should you have any questions regarding your payment arrangements, please call me immediately at **(800) 825-8131, Ext.5349**.

Please understand this is a communication from a debt collector. This is an attempt to collect a debt. Any information obtained will be used for that purpose.

Sincerely,

Kathy Miller X5349,C081
(800) 825-8131 5349
Account Manager

*Your credit report will not be updated if the federal reporting period has expired.

--- Please tear off and return lower portion with payment in envelope provided ---

## Payment Certificate

RON T BALOGUN
7973 BRANCH CREEK DR
INDIANAPOLIS, IN 46268-3676

| | |
|---|---|
| MCM Account Number: | 8509504605 |
| Current Balance: | $8,995.66 |
| **Amount Due:** | **$185.00** |
| Make Check Payable to: | Midland Credit Management, Inc. |
| **Payment Due Date:** | **07-30-2005** |

**mcm**
Midland Credit Management, Inc.
Department 8870
Los Angeles, CA 90084-8870

10 8509504605 9 0018500 073005 9