# EXHIBIT D



P.O. Box 939019
San Diego, CA 92193-9019

ADDRESS SERVICE REQUESTED

09-19-2005

#BWNHLTH
#0000 0850 9504 6059#
RON T BALOGUN
7973 BRANCH CREEK DR
INDIANAPOLIS, IN 46268-3676

| | |
|---|---|
| Contact Information: | Tel (800) 825-8131 |
| | Fax (800) 306-4443 |
| Hours of Operation: | M-Th 6am - 7pm; |
| | Fri-Sat 6am - 5pm PST |
| Current Owner: | Midland Funding NCC-2 Corp |
| Original Creditor: | CHASE MANHATTAN 1 |
| Original Account No: | 4305871480069903 |
| MCM Account No: | 8509504605 |
| Current Balance: | $9,075.34 |
| Payment Due Date: | UPON RECEIPT |
| Letter Code: | 04442030 |

Dear RON T BALOGUN,

Midland Credit Management, Inc. is the **SERVICER** of the above-mentioned **CHASE MANHATTAN 1** account. This is a demand for payment. Please include a check or money order for the Current Balance due. Once the balance has been received the credit reporting agencies will be notified that the account is paid.*

Please do not hesitate to contact me at **(800) 825-8131, Ext.5349** if you have any questions.

Please understand this is a communication from a debt collector. This is an attempt to collect a debt. Any information obtained will be used for that purpose.

Sincerely,

**Kathy Miller X5349,C081**
**(800) 825-8131 5349**
Midland Credit Management, Inc.

*Your credit report will not be updated if the federal reporting period has expired.

---

*Please tear off and return lower portion with payment in envelope provided*

## Payment Certificate

| | |
|---|---|
| MCM Account Number: | 8509504605 |
| Current Balance: | $9,075.34 |
| **Amount Due:** | **$9,075.34** |
| Make Check Payable to: | Midland Credit Management, Inc. |
| **Payment Due Date:** | **UPON RECEIPT** |

RON T BALOGUN
7973 BRANCH CREEK DR
INDIANAPOLIS, IN 46268-3676

mcm
Midland Credit Management, Inc.
Department 8870
Los Angeles, CA 90084-8870

10 8509504605 9 0005000 101905 2

3458

LT43
DATA 301CR2-24#-K