# United States District Court
# Northern District of Illinois

In the Matter of

Ron T. Balogun

v.

Midland Credit Management, et al

Case No. 07 C 6331

Designated Magistrate Judge
Sidney I. Schenkier

## FINDING OF RELATEDNESS PURSUANT TO LOCAL RULE 40.4

In accordance with the provisions of Local Rule 40.4 of this Court, I find the above captioned case, presently pending on the calendar of Judge **Charles P. Kocoras** to be related to **04 C 7844** which is pending on my calendar. Accordingly, I request that the Executive Committee order said case to be reassigned to my calendar as a related case.

_____
Judge Rebecca R. Pallmeyer

Dated: November 21, 2007

---

## ORDER OF THE EXECUTIVE COMMITTEE

IT IS HEREBY ORDERED that the above captioned case be reassigned to the calendar of Judge **Rebecca R. Pallmeyer**.

ENTER

FOR THE EXECUTIVE COMMITTEE

_____
Chief Judge James F. Holderman

Dated: NOV 2 6 2007

Finding of Relatedness (Rev. 9/99)