**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| Frank Hernandez, Jr., ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 04 C 7844 |
| vs. ) | Judge Pallmeyer |
| ) | Magistrate Judge Schenkier |
| Midland Credit Management, Inc.; MRC ) | |
| Receivables Corporation; and Encore Capital ) | And related cases: |
| Group, Inc., formerly known as MCM Capital ) | No. 06 C 0182 |
| Group, Inc. ) | No. 07 C 6331 |
| ) | |
| Defendants. ) | |

**NOTICE OF MOTION**

**TO:** See attached service list.

      **PLEASE TAKE NOTICE** that on Monday, January 14, 2008 at 8:45 a.m., we will appear before Judge Rebecca Pallmeyer in Room 2119 of the Everett McKinley Dirksen Federal Building, 219 S. Dearborn Street, Chicago, IL 60604, and there present: **PLAINTIFF'S UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT AGREEMENT AND NOTICE TO THE CLASS**, a copy of which has been filed electronically and is hereby served upon you.

                                                      s/ Daniel A. Edelman
                                                      Daniel A. Edelman

Daniel Edelman
Cathleen M. Combs
James O. Latturner
Cassandra P. Miller
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 S. LaSalle Street, Suite 1800
Chicago, IL 60603
(312) 739-4200
(312) 419-0379 (FAX)

**CERTIFICATE OF SERVICE**

        I, Daniel A. Edelman, hereby certify that on January 10, 2008, the foregoing Notice of Motion of **PLAINTIFF'S UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT AGREEMENT AND NOTICE TO THE CLASS** was filed electronically using the Court's CM/ECF system which will send notice to the following parties:

Richard E. Gottlieb (rgottlieb@dykema.com)
James W. McConkey (jmcconkey@dykema.com)
Renee L. Zipprich (rzipprich@dykema.com)
Margaret J. Rhiew (mrhiew@dykema.com)
DYKEMA GOSSETT PLLC
10 South Wacker Drive, Suite 2300
Chicago, Illinois 60606
Phone: 312-876-1700
Fax: 312-627-2302


                                              s/ Daniel A. Edelman

Daniel Edelman
Cathleen M. Combs
James O. Latturner
Cassandra P. Miller
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 S. LaSalle Street, Suite 1800
Chicago, IL 60603
(312) 739-4200
(312) 419-0379 (FAX)