# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6331 | **DATE** | 6/18/2008 |
| **CASE TITLE** | Ron T. Balogun vs. Midland Credit Management, Inc., et al | | |

**DOCKET ENTRY TEXT**

By agreement, fairness hearing set for 7/1/2008 is stricken and reset to 7/8/2008 at 10:00. Final Approval Memorandum extended to 7/1/2008.

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | ETV |
|---|---|---|