# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer *RRP* | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6331 | **DATE** | 7/8/2008 |
| **CASE TITLE** | Ron T. Balogun vs. Midland Credit Management, Inc., et al | | |

**DOCKET ENTRY TEXT**

Fairness hearing held. The court approves the proposed settlement. Defendants are directed to execute and submit the settlement agreement within 7 days.

Notices mailed by Judicial staff.

00:02

| | Courtroom Deputy Initials: | ETV |
|---|---|---|