Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6331 | **DATE** | 7/14/2008 |
| **CASE TITLE** | Ron T. Balogun vs. Midland Credit Management, Inc., et al | | |

**DOCKET ENTRY TEXT**

The court finds that the settlement is fair and reasonable, and hereby approves the Amended Class Settlement agreement. The court permits the inclusion of Jesse Robinson who appeared in court at the fairness hearing held on 7/8/2008. The court finds the agreement fair and made in good faith. The court dismisses the claims of Plaintiffs and the Classes against Defendants and the Released Parties without prejudice and without costs (other than what has been provided for in the Agreement). The dismissal of this action will be converted to a dismissal with prejudice on August 8, 2008, absent a timely motion by Plaintiffs or Defendants. Enter Final Approval Order.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | ETV |
|---|---|---|