# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6331 | **DATE** | 8/15/2008 |
| **CASE TITLE** | Ron T. Balogun vs. Midland Credit Management, Inc., et al | | |

**DOCKET ENTRY TEXT**

On 7/14/2008, the court dismissed this action without prejudice, allowing Plaintiff until 8/8/2008 to reinstate. No motion for reinstatement having been filed within the time set by the court's order, the dismissal is with prejudice.

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | ETV |
|---|---|---|